UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

WILLIE REMBERT,                    )
                                   )
          Petitioner,              )
                                   )          No. 2:12-cr-00066-JAW
     v.                            )
                                   )
UNITED STATES OF AMERICA,          )
                                   )
          Respondent.              )

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE
MAGISTRATE JUDGE**

On November 18, 2025, Willie Rembert, a federal inmate serving two consecutive terms of incarceration, a fifty-four-month sentence for distributing or possessing with intent to distribute a mixture of substance containing cocaine base and a twelve-month sentence for violating the terms of his supervised release from a prior conviction, filed a petition to correct his twelve-month sentence, claiming that the sentencing court lacked jurisdiction to revoke his supervised release. *Pet. to Correct "Unconstitutional Sentence" for Lack of Subject Matter Jurisdiction* (ECF No. 148). On May 13, 2026, the United States Magistrate Judge issued a recommended decision, recommending this Court dismiss Mr. Rembert's petition because he did not file his petition within the applicable limitations period and neither equitable tolling nor gateway actual innocence applies. *Rec. Dec. on 28 U.S.C. § 2255 Mot.* (ECF No. 157). Any objection to the Magistrate Judge's recommended decision was due May 27, 2026. Mr. Rembert did not file an objection.

The Court has reviewed and considered the Magistrate Judge's recommended decision and concurs with his recommendation for the reasons set forth in his recommended decision.

Accordingly, the Court AFFIRMS and ADOPTS the Magistrate Judge's Recommended Decision on 28 U.S.C. § 2255 Motion (ECF No. 157) and therefore DISMISSES Willie Rembert's Petition to Correct "Unconstitutional Sentence" for Lack of Subject Matter Jurisdiction (ECF No. 148). The Court CONCLUDES an evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 Cases and further DENIES a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 9th day of June, 2026